**David A. CARNEY, Appellant,**

v.

**Victoria HESS, Correctional Officer, NECC; Terry White, Correctional Officer, NECC; Jim Long, Correctional Officer, NECC, Appellees.**

No. 07–1577.

United States Court of Appeals, Eighth Circuit.

Submitted: March 27, 2008.

Filed: April 3, 2008.

David A. Carney, Mineral Point, MO, pro se.

Dana C. Ceresia, Attorney General's Office, St. Louis, MO, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

David Carney appeals the district court's[1] order granting defendants' summary judgment motion in his 42 U.S.C. § 1983 action. Upon de novo review, *see Rouse v. Benson,* 193 F.3d 936, 939 (8th Cir.1999), we conclude summary judgment in favor of defendants was proper. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.